**Bruce S. Rosen**
Partner
brosen@pashmanstein.com
Direct: 201.488.4878



August 8, 2024

VIA ECF
Hon. Madeline Cox Arleo, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

    Re:    CJA Panel Training Attorney for David Lonergan

Dear Judge Arleo,

    I was recently appointed by the Court to serve as attorney for Defendant David Lonergan pursuant to the Criminal Justice Act. I write to request specific authorization from the Court for Sarah Fehm Stewart, Esq. of the law firm Duane Morris LLP to enter an appearance in order to assist me in this matter. This Court has approved an initial authorization for her services.

    Ms. Stewart is a member of the Criminal Justice Act Training Panel, and has been assigned as my mentee. Pursuant to Section VIII.C of the Court's Criminal Justice Act Plan, I respectfully request that the Court authorize Ms. Stewart to serve as Second Chair Attorney in this matter on behalf of Mr. Lonergan. This matter will provide valuable experience to Ms. Stewart, who will have the opportunity to assist me with all aspects of Mr. Lonergan's representation. I will also receive valuable assistance from Ms. Stewart throughout the duration of this matter, from pre-trial submissions through to any trial.

    Thank Your Honor for your consideration. A proposed Order appointing Ms. Stewart as Second Chair counsel on behalf of Mr. Lonergan is enclosed herewith.

                                        Respectfully,

                                        *s/Bruce Rosen*
                                        Bruce S. Rosen

Enclosure
cc: All counsel of record (via ECF)

Bell Works
101 Crawfords Corner Road
Suite 4202
**Holmdel**, NJ 07733
Phone: 732.852.2481
Fax: 732.852.2482
www.pashmanstein.com

Court Plaza South
21 Main Street
Suite 200
**Hackensack**, NJ 07601
Phone: 201.488.8200
Fax: 201.488.5556